

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00821-CV

Larry **LANGSTON**,
Appellant

v.

Tom **HAYDEN** and Shirley Hayden,
Appellees

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. 2019-CV-0211
Honorable Bill Squires, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed: April 29, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by February 6, 2020. Neither the brief nor a motion for extension of time was filed. By order dated March 11, 2020, appellant was ordered to show cause in writing by March 26, 2020, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM